**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Case No. 10-cv-02162-WJM-BNB

BRIAN PUERTA,

    Plaintiff,

vs.

RJN PARTNERS, LLC, d/b/a EXPRESS INN; BARRY TIGGEMANN; and NAM TIGGEMAN,

    Defendants.

---

**ORDER GRANTING MOTION TO AMEND COMPLAINT AND
UNSEAL ACTION**

---

THIS MATTER comes before the Court on Plaintiff's Motion to Amend Complaint and Unseal Action (ECF No. 5) filed on January 20, 2011. This action was originally sealed because of a *qui tam* claim under the False Claims Act, 31 U.S.C. §§ 3729-3733. The United States has no objection to this Motion with the understanding that the False Claims Act claim is dismissed without prejudice as to the United States. In The United States' Notice of Consent to Relator's Voluntary Dismissal of False Claims Act Allegations (ECF No. 7), the United States requested that its *ex parte* Status Report (ECF No. 4) remain sealed.

Plaintiff has submitted an Amended Complaint (ECF No. 6) pursuant to Fed. R. Civ. P. 15(a)(1), which will become operative as of the granting of this Motion. This Amended Complaint removes the Falsie Claims Act claim and may be served upon Defendants via Fed. R. Civ. P. 4. Accordingly,

1) Plaintiff's voluntary dismissal of the False Claims Act is GRANTED without prejudice to the United States to refile said claim at a later date;

2) The United States' *ex parte* Status Report is to remain SEALED;

3) Plaintiff's Motion to Amend Complaint and Unseal Action is GRANTED; and

4) Plaintiff's Amended Complaint is ACCEPTED as filed.

It is SO ordered.

Dated this 24th day of March, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge