IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02162-WJM-BNB

BRIAN PUERTA,
RICHARD BULIK,
DREW DICKERSON,
LEAH LOLOS, and
LUZ RAEL,

Plaintiffs,

v.

RJN PARTNERS, LLC d/b/a Express Inn,
BARRY TIGGEMANN, and
NAM TIGGEMAN,

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a status conference.  Consistent with matters

discussed at the status conference,

IT IS ORDERED:

(1)     The following opt-in plaintiffs are joined as plaintiffs in this action: Richard

Bulik, Drew Dickerson, Leah Lolos, Luz Rael;

(2)     The case caption is modified as indicated above; and

(3)     The case schedule is modified to the following extent:

    • November 18, 2011:          Written Discovery Cut-Off

    • November 18, 2011:          Deadline to Depose Plaintiffs Puerta, Bulik,
                                  Dickerson, Lolos, and Rael

    • December 21, 2011:          Deadline for Additional Plaintiffs to Opt-In

• January 16, 2011:          Dispositive Motion Deadline

• January 31, 2012:          Deadline to Depose Additional Opt-In Plaintiffs

• February 9, 2012, at 8:30 a.m.:  Final Pretrial Conference in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The proposed final pretrial order shall be prepared by the parties and submitted to the court no later than February 2, 2012.

Dated October 11, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

2