IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02162-WJM-BNB

BRIAN PUERTA,
RICHARD BULIK,
DREW DICKERSON,
LEAH LOLOS, and
LUZ RAEL,

Plaintiffs,

v.

RJN PARTNERS, LLC, d/b/a Express Inn,
BARRY TIGGEMANN, and
NAM TIGGEMAN,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　IT IS ORDERED that the **Motion for Leave to Join Monte Timmerman as Party Plaintiff** [Doc. # 61, filed 12/19/2011] is DENIED without prejudice for failure to comply with D.C.COLO.LCivR 7.1A.

DATED:  December 20, 2011