IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02162-WJM-BNB

BRIAN PUERTA,
RICHARD BULIK,
DREW DICKERSON,
LEAH LOLOS,
LUZ RAEL, and
MONTE TIMMERMAN,

Plaintiffs,

v.

RJN PARTNERS, LLC, d/b/a Express Inn,
BARRY TIGGEMANN, and
NAM TIGGEMAN,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      IT IS ORDERED:

      (1)    The **Amended Motion for Leave to Join Monte Timmerman as Party Plaintiff** [Doc. # 64, filed 12/20/2011] is GRANTED, and Monte Timmerman is joined as a plaintiff in the claim for minimum wages; and

      (2)    The case caption is modified as shown above.

DATED:  December 28, 2011