IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 10-cv-02162-RBJ-BNB

BRIAN PUERTA,

      Plaintiff,

v.

RJN PARTNERS, LLC, d/b/a Express Inn,
BARRY TIGGEMANN, and
NAM TIGGEMAN,

      Defendants.

---

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

      This matter has been scheduled for a **four-day jury trial** on the docket of Judge R. Brooke Jackson in the Colorado Springs Office, 212 N. Wahsatch Ave., Suite 1000, Colorado Springs, Colorado, 80903, to commence on **August 27, 2012 at 9:00 a.m.**

      A Trial Preparation Conference is set for **August 10, 2012 at 1:30 p.m.** in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado. Counsel who will try the case shall attend in person.

      During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selection, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

      For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 16th day of February, 2012.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge