IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 10-cv-02162-RBJ-BNB

BRIAN PUERTA,

    Plaintiff,

v.

RJN PARTNERS, LLC, d/b/a Express Inn,
BARRY TIGGEMANN, and
NAM TIGGEMAN,

    Defendants.

---

### ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

Upon Notice of Dismissal by both Plaintiff and Defendant, it is ordered that all matters herein be dismissed, with prejudice. Each party shall pay their own fees and costs.

DATED this 23rd day of August, 2012.

BY THE COURT:

*/s/ Brooke Jackson*

_____

R. Brooke Jackson
United States District Judge